# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-290-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT JOSEPH SIMMONS,

    Defendant.

---

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE UNDER FED. R. CRIM. P. 20

I, ROBERT SIMMONS, defendant, have been informed that an Information is pending against me in the above-designated case. Pursuant to Federal Rule of Criminal Procedure 20, I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Texas where I am present, and to waive trial in the above-captioned district.

Dated: 20 day of Sept, 2024.

_____
Robert Joseph Simmons, Defendant

_____
David Kraut, Counsel for Defendant

_____
Jena Neuscheler, Assistant U.S. Attorney

### APPROVED

_____
Matthew Kirsch
Acting U.S. Attorney for the District of Colorado

_____
Alamdar S. Hamdani
U.S. Attorney for the Southern District of Texas